The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TSUNG H HSU,

          Plaintiff,

v.

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,

          Defendant.

No. C20-0088 TSZ

**STIPULATION AND ORDER RE: FED. R. CIV. P. 35 EXAMINATION OF PLAINTIFF TSUNG H. HSU**

## STIPULATION

The parties through their attorneys of record stipulate:

1. Plaintiff Tsung H. Hsu shall be examined by Dr. Patrick Bays pursuant to Fed. R. Civ. P. 35 concerning the condition Dr. Hsu alleged in paragraph 2.3 of his Complaint.

2. The examination by Dr. Bays shall occur the office of Dr. Bays in Seattle, Washington on December 14, 2020 at 10:00am and shall last approximately 3 hours.

3. The examination shall consist of an interview, a physical examination, a physical examination of the alleged condition, and obtaining certain bodily measurements. The examination shall not consist of any invasive tests or imaging.

4. A report of the examination by Dr. Bays, which meets the requirements of Fed. R. Civ. P. 35(b), shall be delivered to Dr. Hsu through his counsel no later than 45 days following the examination.

STIPULATION AND ORDER FOR CR 35 EXAMINATION - 1
(C20-0088 TSZ)

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

5. A report of any subsequent examination of Dr. Hsu by any other examiner concerning the alleged injuries shall be delivered to Defendant by no later than 45 days after the date of examination.

6. Tsung H. Hsu is entitled to have one representative present during the examination by Dr. Bays, with the option to record the examinations by audio and video means in an unintrusive manner.

DATED this 9th day of December, 2020.

| ROY LAW GROUP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: */s/ Jesse Cowell*<br>Jesse Cowell, WSBA #43559<br>1000 SW Broadway, #900<br>Portland, OR 97205<br>Phone: (503) 206-4313<br>Fax: (855) 344-1726<br><br>*Attorneys for Plaintiff* | By:*/s/ Sarah E. Cox*<br>James E. Howard, WSBA #37259<br>Sarah E. Cox, WSBA #46703<br>920 Fifth Ave., Ste. 3300<br>Seattle, WA 98104<br>Phone:  206.622.3150<br>Fax:  206.757.7700<br>Email:  jimhoward@dwt.com<br>           sarahcox@dwt.com<br><br>*Attorneys for Defendant* |

### ORDER

Based upon the above set out stipulation of the parties, IT IS ORDERED that the examination of Plaintiff Tsung H. Hsu by Dr. Patrick Bays, DO shall proceed as set forth above.

DATED this 11th day of December, 2020.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

STIPULATION AND ORDER FOR CR 35 EXAMINATION - 2
(C20-0088 TSZ)

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

*Presented by:*

ROY LAW GROUP

By: */s/ Jesse Cowell*
Jesse Cowell, WSBA #43559
1000 SW Broadway, #900
Portland, OR 97205
Phone: (503) 206-4313
Fax: (855) 344-1726

*Attorneys for Plaintiff*


DAVIS WRIGHT TREMAINE LLP

By: */s/ Sarah E. Cox*
James E. Howard, WSBA #37259
Sarah E. Cox, WSBA #46703
920 Fifth Ave., Ste. 3300
Seattle, WA 98104
Phone: 206.622.3150
Fax: 206.757.7700
Email: jimhoward@dwt.com
       sarahcox@dwt.com

*Attorneys for Defendant*

STIPULATION AND ORDER FOR CR 35 EXAMINATION - 3
(C20-0088 TSZ)

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax