UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TSUNG H HSU,

          Plaintiff,

   v.

NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,

          Defendant.

C20-88 TSZ

MINUTE ORDER

     The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

     (1)    Defendant Northwestern Mutual's Motion to Seal Exhibits Attached to Declaration of Sarah Cox in Support of Northwestern Mutual's Motion for Summary Judgment, docket no. 23, is GRANTED.  The Clerk is directed to seal Exhibits D, F, G, and H to the Declaration of Sarah Cox in Support of Northwestern Mutual's Motion for Summary Judgment.

     (2)    Plaintiff's Motion to Seal Exhibits Attached to Declaration of Jesse Cowell in Support of Plaintiff's Response in Opposition to Northwestern Mutual Life Insurance Company's Motion for Summary Judgment, docket no. 29, is GRANTED.  The Clerk is directed to seal Exhibits D, E, and F to the Declaration of Jesse Cowell in Support of Plaintiff's Response in Opposition to Northwestern Mutual Life Insurance Company's Motion for Summary Judgment.

//

//

MINUTE ORDER - 1

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of February, 2021.

                                            William M. McCool
                                            Clerk

                                            s/Gail Glass
                                            Deputy Clerk

MINUTE ORDER - 2