UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TSUNG H. HSU,

        Plaintiff,

   v.

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,

        Defendant.

C20-88 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    A status conference is hereby SET for Monday, March 8, 2021, at 10:00 a.m. Counsel will be provided via email the information needed to access the ZoomGov.com session.

    (2)    At the status conference, counsel shall be prepared to address the following issues:

        (a)    whether the trial can be tried without a jury

        (b)    whether and, if so, the trial (or any portion of the trial) can be conducted by ZoomGov.com platform.

        (c)    how long the trial is anticipated to require;

        (d)    the number of exhibits as to which authenticity and/or admissibility will likely be disputed;

        (e)    the number of witnesses who are expected to testify;

MINUTE ORDER - 1

   (f) how many and which witnesses could testify in a remote manner regardless of whether the trial is conducted virtually or in person;

   (g) the impact on jurors if one or more days of trial are conducted in the courthouse;

   (h) whether deliberations should be conducted virtually even if portions or all of the trial occurs in the courthouse;

   (i) what type or types of access to the proceedings the public should have;

   (j) what limits, if any, the Court should set on the number of attorneys and litigation staff who are present in the courtroom at the same time;

   (k) whether the Court could and/or should require that the trial be conducted virtually over the objection of one or more parties, *see* *Liu v State Farm Mut. Auto. Ins. Co.*, --- F. Supp. 3d ---, 2020 WL 8465987 (W.D. Wash. Dec. 17, 2020).

 (3) By Thursday, March 4, 2021, the parties are directed to file a Joint Status Report, regarding the subjects identified in Paragraph 2.

 (4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

 Dated this 25th day of February, 2021.

            William M. McCool
            Clerk

            s/Gail Glass
            Deputy Clerk

MINUTE ORDER - 2