UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TSUNG H. HSU,<br><br>               Plaintiff,<br><br>   v.<br><br>NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>               Defendant. | C20-88 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court requests a response to Plaintiff's Motion for Reconsideration ("Motion"), docket no. 41. No reply shall be filed unless requested by the Court. Defendant is DIRECTED to file a response, not to exceed five (5) pages in length, to the Motion on or before **Friday, March 5, 2021**. The Motion is RENOTED to March 5, 2021. The parties shall be prepared to discuss the issue raised in the Motion during the virtual status conference scheduled for Monday, March 8, 2021.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of March, 2021.

                                                 William M. McCool
                                                 Clerk

                                               s/Gail Glass
                                               Deputy Clerk

MINUTE ORDER - 1