# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TSUNG H HSU, | |
| Plaintiff, | |
| v. | C20-88 TSZ |
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | MINUTE ORDER |
| Defendant. | |

On March 8, 2021, the Court held a virtual status conference to address (i) Plaintiff's Motion for Reconsideration, docket no. 41, and (ii) the trial date and manner in which the trial will be conducted, among other trial-related issues. *See* Minute Orders (docket nos. 39 & 42). The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) For the reasons stated on the record, Plaintiff's Motion for Reconsideration, docket no. 41, is GRANTED. *See Staples v. Allstate Ins. Co.*, 176 Wn.2d 404, 418, 295 P.3d 201 (2013); *George v. Nw. Mut. Life Ins.*, No. C10-668-RSM, 2011 WL 3881476, at *8–9 (W.D. Wash. Sep. 1, 2011). The portion of the Court's Order entered on February 25, 2021, granting summary judgment in favor of Defendant as to any claim for benefits prior to March 2018, is hereby VACATED. *See* Order (docket no. 38 at 5–6).

(2) For the reasons stated on the record, the trial date is CONTINUED to **June 28, 2021**. If in-person civil jury trials are no longer suspended, *see* General Order 18-20, this jury trial will be conducted in person. Otherwise, the trial will be conducted remotely via the ZoomGov platform, in which case counsel will be provided further instruction. The Court issues the following amended schedule:

MINUTE ORDER - 1

| | | |
|---|---|---|
| **JURY TRIAL** set for **9:00 AM** on | | **June 28, 2021** |
| Length of trial | | 4–6 days |
| Pretrial Order,[1] Trial Briefs, and Proposed Voir Dire/Jury Instructions due by | | June 11, 2021 |
| Pretrial Conference set for **10:00 AM** on | | June 18, 2021 |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 10, shall remain in full force and effect.

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of March, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

---

[1] The Agreed Pretrial Order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e-mail sent to the following address: ZillyOrders@wawd.uscourts.gov.

MINUTE ORDER - 2