UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TSUNG H HSU,

           Plaintiff,

  v.

NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,

           Defendant.

C20-88 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Having continued the trial date and certain pretrial deadlines, the Court also extends the deadline to file motions in limine to **May 6, 2021**.

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 10, shall remain in full force and effect.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of March, 2021.

           William M. McCool
           Clerk

           s/Gail Glass
           Deputy Clerk

MINUTE ORDER - 1