UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TSUNG H. HSU,

          Plaintiff,

   v.

NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY,

         Defendant.

C20-88 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The Court ORDERS that the trial in this case be conducted virtually via ZoomGov.com, commencing on **June 28, 2021**. *See* General Order No. 04-21 (continuing nearly all civil and criminal in-personal trials that are scheduled to occur before June 30, 2021); *see also* Minute Order at ¶ 2 (docket no. 45). The applicable procedures and protocols for the virtual trial will be set forth in a separate order;

(2)    The Court ORDERS the parties to engage in mediation pursuant to Local Civil Rule 39.1(c). A letter of compliance shall be filed on or before **May 28, 2021**; and

(3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 21st day of April, 2021.

William M. McCool
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1